UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tesfaye Tekeste Gebremariam,
Ejagayhu Kidane,,

      Plaintiffs,                  Civil No. 06-953 (RHK/JSM)

vs.                             **DISQUALIFICATION AND**
                                 **ORDER FOR REASSIGNMENT**

Abera Mulugeta, Selam Hospitality
Services, Inc., Best Mart Liquors,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 6, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge